**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UTILITY WORKERS UNITED ASSOCIATION, LOCAL 537, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 19-580 |
| v. | ) ) ) | Judge Cathy Bissoon Magistrate Judge Lisa Pupo Lenihan |
| PENNSYLVANIA AMERICAN WATER COMPANY, | ) ) ) | |
| Defendant. | ) | |

## <u>MEMORANDUM ORDER</u>

This case has been referred to Magistrate Judge Lisa Pupo Lenihan for pretrial

proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B),

and Local Rule of Civil Procedure 72.

On December 19, 2019, the Magistrate Judge issued a Report (Doc. 44) recommending

that Defendant's Motion to Dismiss (Doc. 15) be granted.  Service of the Report and

Recommendation ("R&R") was made on the parties, and Defendant has filed Objections.

*See* Doc. 45.

After a *de novo* review of the pleadings and documents in the case, together with the

Report and Recommendation and the Objections thereto, the following Order is entered:

Defendant's Motion to Dismiss (**Doc. 15**) is **GRANTED**, and the Magistrate Judge's

R&R (Doc. 44) hereby is adopted as the Opinion of the District Court.  Finally, UWUA's

Motion to Intervene (**Doc. 21**) is **DENIED AS MOOT**.

IT IS SO ORDERED.


February 11, 2020                              s\Cathy Bissoon
                                               Cathy Bissoon
                                               United States District Judge


cc (via ECF email notification):

All Counsel of Record